## UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>JEREMY JAMES ANDERSON,<br><br>Defendant(s) | Case No.<br><br>**19 MJ02177** |

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In or around November 2018 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful flight to avoid prosecution |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Adam Groff, USMS Inspector- USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-20-2019

_____
Judge's signature

City and state: Los Angeles, California

Hon. Rozella A. Oliver, U.S. Magistrate Judge
*Printed name and title*

AUSA Joseph T. McNally – x12272         REC: DETENTION

## AFFIDAVIT

I, Adam Groff, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been employed with the United States Marshal Service ("USMS") since December 2008. I am currently assigned as a USMS Inspector to the Pacific Southwest Regional Fugitive Task Force ("PSWRFTF").

### II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of: (1) a criminal complaint for a violation of 18 U.S.C. § 1073 (unlawful flight to avoid prosecution) against JEREMY JAMES ANDERSON ("ANDERSON") and (2) an application for a warrant authorizing the disclosure of location information, to include GPS information, as defined within the application, at such intervals and times as the government may request, and the furnishing of all information, facilities, and technical assistance necessary to accomplish said disclosure unobtrusively, which disclosure will establish the approximate location of the following Facebook User Identification numbers for a period of 45 days: 1094244592 (the "**Subject Facebook User ID**"), which is used by ANDERSON.

4. I also seek authorization under 18 U.S.C. § 3103a(b), for reasonable cause shown below, to delay notification of the proposed

warrant for a period of 90 days from the date that the disclosure ends.

5. As described more fully below, I respectfully submit there is probable cause to believe that location and GPS information, likely to be received concerning the approximate location of the **Subject Facebook User ID**, will constitute or yield evidence of violations of 18 U.S.C. § 1073 (unlawful flight to avoid prosecution).

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. FACEBOOK TECHINCAL BACKGROUND

7. Based on my training and experience, conversations with other law enforcement officers, a review of Facebook's data policy,[1] and review of Facebook responses to search warrants for user data, I know the following about Facebook:

    a. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts through which users can share written news, photographs,

---

[1] Facebook's data policy can be found at https://www.facebook.com/policy.php.

videos, and other information with other Facebook users, and sometimes with the general public.

   b. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.

   c. Facebook users can connect with Facebook from desktop computers, laptops, cellular telephones, tablets, and other web-connected devices. Once connected, Facebook collects information about each user's devices to personalize the content or features a user will see. Some of the information Facebook collects includes the device's operating system, hardware and software versions, unique identifiers, and device IDs. Depending on the user's privacy settings, Facebook may also obtain and store the physical location of the user's devices as they interact with the Facebook service on those devices. This information may include IP address logs, nearby Wi-Fi access points, beacons, and cell towers as well as GPS location.

   d. When creating an account, Facebook asks users to provide basic contact information, either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen

names, websites, and other personal identifiers. Facebook also assigns a user identification number ("User ID") to each account.

   e. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information in the user's account available only to himself or herself, to other specified Facebook users, to all Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

## IV. UNLAWFUL FLIGHT TO AVOID PROSECUTION

8. I reviewed a copy of an arrest warrant and criminal complaint in Los Angeles County Superior Court case number PA092151 and learned that on January 29, 2019, a felony arrest warrant was issued charging ANDERSON with 11 counts of violating California Penal Codes Section 288(a)(Lewd and Lascivious acts upon a person under age 14 years) and 8 counts of violating California Penal Codes Section 311.1 (Obscene Matter Depicting Persons Under 18).

9. On January 31, 2019, I spoke to Los Angeles County Sheriff Detective Julie Darby ("Det. Darby"). According to Det. Darby, ANDERSON was a swim coach in Los Angeles County, California and engaged in sexual conduct with underage males on the swim team. Det. Darby told me that on or about September 6, 2018, investigators with the Los Angeles County Sheriff Department served a search warrant on an Apple ICloud account used by ANDERSON. At the same time they also obtained a delayed disclosure order. Apple told investigators that it immediately notified ANDERSON of the search

warrant for his Apple ICloud account.  Det. Darby also advised me that ANDERSON recently moved out of his residence and placed his vehicle in non-operational status with the California Department of Motor vehicles.

10.  On or about March 1, 2019, Los Angeles County Sheriff Det. Brian Lamb ("Det. Lamb") executed a state search warrant on a Facebook account with a username of "JeremyJAnderson."  Det. Lamb told me that he has reviewed ANDERSON's California DMV record.  According to Det. Lamb, the account appears to be ANDERSON's as it depicts ANDERSON's photos and the username appears to be ANDERSON's name.  Det. Lamb told me that he received a response to the search warrant on or about March 12, 2018.  Det. Lamb told me that the Facebook search warrant return stated that the user ID for Facebook account username "JeremyJAnderson" is 1094244592, the **Subject Facebook User ID**.  Det. Lamb told me that the search warrant results that Det. Anderson reviewed indicated that ANDERSON had logged into his account on November 12, 2018 and updated and verified his account.  According to the search warrant return, the IP address used by ANDERSON to login to the Facebook account was located in Alajuela, Costa Rica.

11.  On or about March 26, 2019, I contacted the Department of State and the Department of State told me that ANDERSON used his United States Passport (#447926095) to cross between Panama and Costa Rica on several occasions, including most recently on January 19, 2019.

12.  Based on my training and experience in locating and apprehending fugitives, the data being sought by this warrant will assist in locating ANDERSON.  I have learned that the subscriber

information requested by this warrant may enable investigators to confirm the use of the profile by ANDERSON and may lead investigators to his place of residence or employment, as well as other communications accounts, such as email addresses or phone numbers, used by ANDERSON.

13. With respect to arresting ANDERSON, I have learned that successful apprehensions often rely on the element of surprise. In order to ensure the fugitive is unaware of the impending arrest, it is often necessary to attempt an arrest during nighttime or the early morning hours, when most people are sleeping. Further, apprehension tactical plans often change at the last minute based on unexpected movements or other behavior of the target. Therefore, I cannot predict in advance when this data would need to be available and would need access to the data at all times of the day or night in order to ensure a safe and successful apprehension.

14. To allow investigators to establish a pattern for ANDERSON, including where he works and stays during the night, I am requesting subscriber information and historical location data going back to November 1, 2018 and through the date of this warrant. By analyzing ANDERSON's travel behavior over that period of time, it increases law enforcement's ability to safely apprehend ANDERSON at the time of arrest.

### V. GROUNDS FOR SEALING AND DELAYING NOTICE

15. Based on my training and experience and my investigation of this matter, I believe that reasonable cause exists to seal this application and warrant, as well as the return to the warrant, and to delay the service of the warrant as normally required for a period of 90 days beyond the end of the disclosure period pursuant

1  to 18 U.S.C. § 3103a(b) and, pursuant to 18 U.S.C. § 2705(b), to
2  enter an order commanding Facebook not to notify any person,
3  including the user of the **Subject Facebook User ID**, of the existence
4  of the warrant until further order of the Court, until written
5  notice is provided by the United States Attorney's Office that
6  nondisclosure is no longer required, or until 90 days from the date
7  Facebook complies with the warrant or such later date as may be set
8  by the Court upon application for an extension by the United States.
9  I believe that providing immediate notification of the warrant is
10 likely to have the adverse result of placing the arrest of ANDERSON
11 in serious jeopardy.  Indeed, ANDERSON previously fled the country
12 after being notified that the Los Angeles County Sheriff's
13 Department obtained a search warrant for his account.  Specifically,
14 notification to the user of **Subject Facebook User ID** could cause
15 ANDERSON to cease using the Facebook account, realize that he is
16 being surveilled by law enforcement, and cause potential flight from
17 prosecution or destruction of evidence.

18     16.  Furthermore, there is good cause for the order to be
19 issued such that the information may be provided to law enforcement
20 at any time of the day or night because in my training and
21 experience, and knowledge of this investigation, the subject of the
22 investigation does confine their activities to daylight hours, and,
23 as indicated above, successful apprehension of the fugitive may
24 occur during late night and/or early morning hours when surveillance
25 is more difficult to conduct.
26 ///
27
28

## VI. CONCLUSION

17. For all of the above reasons, there is probable cause to believe that location information, as well as GPS information, likely to be received concerning the approximate location of the use of the **Subject Facebook User ID**, currently within, or being monitored or investigated within, the Central District of California, as well as subscriber information and historical location information related to the **Subject Facebook User ID** from November 1, 2018 through May 20, 2019 will constitute or yield evidence of violations of the Target Offense committed by ANDERSON, and will help in the location for purposes of executing federal arrest warrant.

_____
ADAM GOFF, INSPECTOR USMS

Subscribed to and sworn before me this 20th day of May, 2019.

_____
HON. Rozella A. Oliver
UNITED STATES MAGISTRATE JUDGE

8